Buhwala, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
AMENZE INTERNATIONAL, INC. and
OWIE CHARLES OTASOWIE,
                                        Index Number: 04-CV-6508 (NRB)

                    Plaintiffs,         GCF
                                        **DEFAULT JUDGMENT**

BOB LEE, YOUNG HEE LEE, KYLE
MOSLEY, TIRATH CHUGH, TAADOW,
INC. d/b/a LEAK WEAR and NEW
CENTURY ENTERPRISE, INC.,

                    Defendants.
--------------------------------------------------------X

This action having been commenced on the 12th day of August 2004 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served by personal service on the Defendant New Century Enterprise, Inc. on October 13, 2004 and proof of service having been filed on November 24, 2004, and having been personally served on the Defendants, Bob Lee and Young Hee Lee, on the April 1st, 2005 and proof of service having been filed on April 5th, 2005 and the said Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendants, New Century Enterprise, Inc., Bob Lee and Young Hee Lee, in the liquidated amount of Four Hundred Seventy Two Thousand and Thirty Two Dollars ($472,032.00) plus interest, plus cost and disbursement of this action in the amount of $160,595.30 amounting in all to $632,658.30.

Dated: New York, New York
       June 8, 2005

                                                    _____
                                                              USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/05

This document was entered on the docket
On _____